COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       In re Commitment of J.S.T.

Appellate case number:    01-15-00075-CV

Trial court case number:   14-CV-1323

Trial court:                      122nd Judicial District Court of Galveston County

On April 9, 2015, appellant, J.S.T., filed appellant's brief, but it has not been posted online by the Clerk of this Court. It contains several references to the full name of the applicant, who is the subject of a commitment on application for extended management of a person with a communicable disease, in violation of Texas Health & Safety Code Annotated § 81.203 and Texas Rule of Appellate Procedure 9.9(b) & (e) involving confidential or sensitive data. Pursuant to the January 21, 2015 notice of assignment letter, the records in this case shall be, and have been, filed as sealed. However, when briefs are filed in this Court, they are generally posted on our external website. Therefore, for the benefit of all counsel, the Court clarifies that it is imperative Texas Rule of Appellate Procedure 9.9 be strictly complied with in all filings in this case.

The missing redactions can be found on pages 1-2, 6, 26, and 32-36 of the .pdf version of the brief, including the appendix. Accordingly, the Clerk of this Court is directed to **STRIKE** the appellant's brief and appellant's counsel is **ORDERED** to refile an amended, redacted brief and appendix, using appellant's initials in the brief and "Xs" in the appendix, **within 10 days** of the date of this order. *See* TEX. R. APP. P. 9.4(k), 9.9(c), 38.9(a). This order does not affect the deadline for appellee's brief in this accelerated appeal, which remains April 29, 2015.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes _____
                          ☑ Acting individually    ☐ Acting for the Court

Date: April 16, 2015 _____